1 ANDRÉ BIROTTE JR.
United States Attorney
2 ROBERT E. DUGDALE
Assistant United States Attorney
3 Chief, Criminal Division
TIMOTHY J. SEARIGHT (SBN 151387)
4 Assistant United States Attorney
OCDETF Section
5     1400 United States Courthouse
    312 North Spring Street
6     Los Angeles, California 90012
    Telephone:  (213) 894-3749
7     Facsimile:  (213) 894-0142
    E-mail:  Timothy.Searights@usdoj.gov
8
Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,   ) No.  CR 11-794-DMG
                             )
13          Plaintiff,       ) ORDER AND FINDINGS OF FACT RE:
                             ) EXCLUDABLE TIME [215]
14            v.             )
                             )
15 DEVERICK DESHAWN MATHIS,   )
   et al.,                   )
16                           )
          Defendant.         )
17 ─────────────────────────── )

18

19      THE COURT MAKES THE FOLLOWING FINDINGS OF FACT:

20      1.    Findings of "excludable time" pursuant to the Speedy

21 Trial Act have previously been made through January 31, 2013.  On

22 January 31, 2013, the Court conducted a status conference with

23 each defendant in the above-captioned case present.  Each of the

24 parties requested a further status conference of August 8, 2013

25 and a jury trial date of September 10, 2013.  The Court confirmed

26 this fact by having each defendant personally state that the

27 September 10, 2013 trial date was his or her request.

28 ///

1    2.    Therefore, and pursuant to the stipulation of the

2  parties, the Court finds that the period of time from January 31,

3  2013 through September 10, 2013 is a period of excludable delay

4  because it is a period of delay requested by defendants and

5  counsel for the government "on the basis. . . that the ends of

6  justice served by taking such action outweigh the best interest

7  of the defendants and the public in a speedy trial" within the

8  meaning of 18 U.S.C. § 3161(h)(7)(A).  Specifically, the court

9  finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case

10 is sufficiently complex due to the number of defendants, the

11 discovery materials provided, and the nature of the prosecution

12 "that it is unreasonable to expect adequate preparation for

13 pretrial proceedings or for the trial itself within the time

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28                                 2

1 | limits" established by the Speedy Trial Act.  The court further
2 | finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure
3 | to grant such a continuance, as requested by each counsel, would
4 | result in a miscarriage of justice in as much as counsel for each
5 | defendant has indicated that they are insufficiently prepared for
6 | trial.

7 | The Court confirms the previously set status conference of
8 | August 8, 2013 at 10:00 a.m. and jury trial date of September 10,
9 | 2013 at 8:30 a.m.

10 | IT IS SO ORDERED.

12 | DATED:  April 10, 2013

DOLLY M. GEE
United States District Judge